IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Watson, Brenda

Printed: 7/8/08

Case Number: 05 B 27881
Judge: Goldgar, A. Benjamin
Filed: 7/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: March 18, 2008
Confirmed: August 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,613.42 |  |
| Secured: |  | 4,756.75 |
| Unsecured: |  | 2,228.26 |
| Priority: |  | 347.34 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 556.49 |
| Other Funds: |  | 24.58 |
| Totals: | 10,613.42 | 10,613.42 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Honor Finance | Secured | 4,756.75 | 4,756.75 |
| 3. | Internal Revenue Service | Priority | 1,764.25 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 347.34 | 347.34 |
| 5. | Internal Revenue Service | Unsecured | 585.63 | 0.00 |
| 6. | Honor Finance | Unsecured | 118.00 | 135.69 |
| 7. | Illinois Dept of Revenue | Unsecured | 9.50 | 0.00 |
| 8. | Sallie Mae | Unsecured | 1,678.79 | 2,092.57 |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Encore | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
| 14. | Uptown Cash | Unsecured |  | No Claim Filed |
| 15. | JK Harris & Co | Unsecured |  | No Claim Filed |
| 16. | GA Financial Trust | Unsecured |  | No Claim Filed |
| 17. | Instant Cash Advance | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,960.26 | $ 10,032.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 235.18 |
| 5% | 64.60 |
| 4.8% | 115.19 |
| 5.4% | 141.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watson, Brenda | Case Number:  05 B 27881 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/8/08 | Filed:  7/13/05 |

$$\overline{\phantom{xxxxxxxx}}$$
$ 556.49

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

